FILED'10 OCT 01 15:20USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LINDA MCCRANEY, | 10-CV-6150-TC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION |
| CITY OF SALEM, et al., | |
| Defendants. | |

COFFIN, Magistrate Judge:

On August 18, 2010, plaintiff was advised that failure to file an amended complaint within 30 days would result in the dismissal of this action for failure to state a claim and failure to prosecute. Plaintiff has failed to file an amended complaint. As such, this action should be dismissed for failure to state a claim, failure to prosecute and failure to follow a court order.

DATED this _1_ day of October, 2010 .

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 1 - FINDINGS AND RECOMMENDATION