FILED '10 OCT 20 11:00 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

LINDA MCCRANEY, )
)
        Plaintiff, )
) Civil No. 10-6150-TC
v. )
) ORDER
CITY OF SALEM, et al., )
)
        Defendants. )
_____ )

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on October 1, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1     - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This action is dismissed for failure to state a claim, failure to prosecute, and failure to follow a court order.

DATED this 19th day of October, 2010.

*Michael E. Hogan*
United States District Judge